UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| JOHN K. D.,<br><br>                              Plaintiff,<br><br>v.<br><br>SOCIAL SECURITY AND<br>COMMITTE [SIC],<br><br>                              Defendants. | Case No.:  22cv1233-MDD<br><br>ORDER DISMISSING COMPLAINT<br>WITH PREJUDICE |

On August 24, 2022, this Court issued an order dismissing Plaintiff's complaint without prejudice.  (ECF No. 4).  The Court provided Plaintiff the opportunity to file an Amended Complaint on before September 23, 2022, if he contends that he has exhausted his administrative remedies pursuant to 42 U.S.C. § 405(g) and his action was commenced within sixty days after notice of a final decision.  (*Id*. at 5).  The Court advised Plaintiff that the failure to file an Amended Complaint within the time allotted would result in the entry of a final order dismissing this civil action with prejudice.  (*Id*. at 5-6).  Plaintiff has not filed an Amended Complaint.

Accordingly, this action is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

Dated:   September 27, 2022

Hon. Mitchell D. Dembin
United States Magistrate Judge

22cv1233-MDD